Received at: 10:34AM, 11/21/2006

11/18/2006 23:58   619-330-4657                                              PAGE 01

```
FILED
07 FEB -6 AM 7:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDC      DEPUTY
```

1  Joshua B. Swigart
   State Bar No.: 225557
2  Robert L. Hyde
   State Bar No.: 227183
3  HYDE & SWIGART
   411 Camino Del Rio South, Suite 301
4  San Diego, CA 92108-3551
   Telephone: (619) 233-7770
5  Facsimile: (619) 297-1022

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE YORK-NELSON AKA KATHERINE YORK,<br><br>PLAINTIFF,<br><br>v.<br><br>LAW OFFICES OF KIMBERLY R. KRAUSS AND CREDIT SOLUTIONS CORPORATION,<br>DEFENDANTS | Case No.: 06CV449 R (LSP)<br><br>NOTICE AND ORDER OF STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between KATHERINE YORK-NELSON, AKA KATHERINE YORK and LAW OFFICES OF KIMBERLY R. KRAUSS AND CREDIT SOLUTIONS CORPORATION, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: November 8, 2006                    Dated: November 8, 2006

HYDE & SWIGART                             WINEBERG, SUMMONDS, & NARITA LLP.

Joshua B. Swigart, Esq.                    Tomio B. Narita, Esq.
Attorney for Plaintiff                     Attorney for Defendants

Notice and Order of Stipulation of Dismissal With Prejudice   Page 1 of 2                    06CV449 R (LSP)

1  Based on the above Notice of Dismissal filed herewith, this Court
2  hereby orders that Plaintiff's Complaint against Defendant **LAW OFFICES OF**
3  **KIMBERLY R. KRAUSS AND CREDIT SOLUTIONS CORPORATION**
4  shall be, and herewith is dismissed with prejudice in accordance with the terms of
5  the settlement agreement between all parties.
6
7  **IT IS SO ORDERED.**
8
9  Dated: 2\1        , 2006

HON. JOHN S. RHOADES
UNITED STATES DISTRICT JUDGE

Notice and Order of Stipulation of Dismissal With Prejudice   Page 2 of 2                    06CV449 R (LSP)